**IN RE: Dennis S. FERNANDEZ, Appellant**

**2016-2611**

United States Court of Appeals, Federal Circuit.

May 10, 2017

DENNIS S. FERNANDEZ, Fernandez & Associates, LLP, Atherton, CA, for appellant.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for appellee Michelle K. Lee. Also represented by SARAH E. CRAVEN, MAI-TRANG DUC DANG, THOMAS W. KRAUSE, COKE MORGAN STEWART.

(Dyk, O'Malley, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Andrew R. SPENGLER, Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

**2016-2662**

United States Court of Appeals, Federal Circuit.

Decided: May 10, 2017

